**STATE of Missouri, Respondent,**

v.

**Michael FRENCH, Appellant.**

**No. ED 102376**

Missouri Court of Appeals,
Eastern District,
Division Two.

Filed: May 31, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied July 18, 2016

Application for Transfer Denied September 20, 2016

FOR APPELLANT: Michael A. Gross, Michael Gross Law Office, 231 South Bemiston Avenue, Suite 250, St. Louis, Missouri 63105.

FOR RESPONDENT: Gregory L. Barnes, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

## ORDER

PER Curiam

Michael French (Appellant) appeals the judgment of the Circuit Court of the City of St. Louis denying his motion for a new trial. On appeal, Appellant claims the trial court erred when it: (1) allegedly invited jury panelists to refrain from disclosing information during voir dire that might reveal relevant life experiences or prejudices; (2) denied Appellant's *Batson* objection; (3) allowed the State to ask a defense witness whether Appellant had been with her when she was arrested for possession of a controlled substance; and (4) allowed the State to improperly bolster a witness's testimony during closing arguments. In his fifth point on appeal, Appellant asks that we exercise our inherent power to prevent miscarriage of justice and remand the case for a new trial based on newly discovered evidence. We affirm Appellant's conviction on all points.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 30.25(b).